IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SENCO BRANDS, INC. | : | CASE NO. 1-17-CV-00061 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | |
| HITACHI KOKI U.S.A., LTD., | : | **NOTICE OF APPEARANCE FOR COUNSEL FOR HITACHI KOKI U.S.A., LTD.** |
| Defendant. | : | |

Please take notice that James D. Liles, an attorney with Porter, Wright, Morris & Arthur LLP, and a member of the Bar of the Southern District of Ohio, hereby enters his appearance as trial counsel for Defendant, Hitachi Koki U.S.A., Ltd.  Mr. Liles' contact information is set forth in the signature block below.

Respectfully submitted,

/s/ James D. Liles
James D. Liles (0005547)
Porter, Wright, Morris & Arthur LLP
250 East Fifth Street
Suite 2200
Cincinnati, Ohio  45202
Telephone:  (513) 369-4209
Facsimile:   (513) 421-0991
jliles@porterwright.com

Trial Counsel for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify, pursuant to Fed. R. Civ. P. 5, that I have served a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT HITACHI KOKI U.S.A., LTD., with the Clerk of this Court using the CM/ECF system which will sent notification to, and serve a copy electronically upon all counsel of record, this 22nd day of February, 2017.

      /s/ James D. Liles
      James D. Liles, Esq. (0005547)
      Attorney for Defendant, Hitachi Koki U.S.A., Ltd