# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| SENCO BRANDS, INC., | Case No. 1:17-cv-061 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| HITACHI KOKI U.S.A., LTD., | |
| Defendant. | |

## ORDER GRANTING APPLICATIONS FOR ADMISSION *PRO HAC VICE* (Docs. 5, 6)

Before the Court are the Applications for Admission *Pro Hac Vice* from Robert S. Rigg and Timothy M. Nitsch. (Docs. 5, 6).

Messrs. Rigg and Nitsch are attorneys in good standing and consent to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, their Applications for Admission to represent Senco Brands, Inc. in this matter are **GRANTED**, and they are hereby admitted to practice as **co-counsel** on behalf of Plaintiff, Senco Brands, Inc.

**IT IS SO ORDERED.**

DATE: 2/23/2017     */s/Timothy S. Black*
                    Timothy S. Black
                    United States District Judge