# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHER DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| SENCO BRANDS, INC. | ) | |
|     Plaintiff, | ) | |
|   vs. | ) | Case No. 1-17-CV-00061 |
| HITACHI KOKI U.S.A., LTD., | ) | **NOTICE OF CHANGE OF ADDRESS FOR COUNSEL FOR PLAINTIFF** |
|     Defendant. | ) | |

Notice is hereby given that, counsel for Plaintiff, Senco Brands, Inc., has changed his address and telephone number to the following:

> John F. Marsh
> Bailey Cavalieri LLC
> 10 West Broad Street, Suite 2100
> Columbus, OH  43215
> (614) 299-3230
> Fax: (614) 221-0479
> jmarsh@baileycav.om

Please send all future notices to him at this address.

    Respectfully Submitted,

    /s/ *John F. Marsh*
    John F. Marsh, Trial Attorney (0065345)
    Bailey Cavalieri LLC
    10 W. Broad Street
    Columbus, Ohio  43215
    Tel. (614) 229-3230
    jmarsh@baileycav.com
    Attorney for Plaintiff
    Senco Brads, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 17, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                           /s/ *John F. Marsh*
                                           John F. Marsh