UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SENCO BRANDS, INC.,

    Plaintiff,

vs.

HITATCHI KOTI USA, LTD.,

    Defendant.

Case No. 1:17-cv-61

Judge Timothy S. Black

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (Doc. 8)

Before the Court is the Application for Admission *Pro Hac Vice* from Paul Devinsky.  (Doc. 8).

Mr. Devinsky is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct.  Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Application for Admission to represent Hitatch Koti USA, Ltd., in this matter is **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of Defendant Hitatch Koti USA, Ltd.

    **IT IS SO ORDERED.**

DATE: 3/28/17

                                 */s/Timothy S. Black*
                                 Timothy S. Black
                                 United States District Judge