# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

SENCO BRANDS, INC.,

    Plaintiff,

vs.

HITATCHI KOTI USA, LTD.,

    Defendant.

Case No. 1:17-cv-61

Judge Timothy S. Black

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (Doc. 11)

Before the Court is the Application for Admission *Pro Hac Vice* from Joseph H. Paquin, Jr. (Doc. 11).

Mr. Paquin is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct. Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Application for Admission to represent Hitatch Koti USA, Ltd., in this matter is **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of Defendant Hitatch Koti USA, Ltd.

    **IT IS SO ORDERED.**

DATE: 3/28/17                                    */s/Timothy S. Black*
                                                          Timothy S. Black
                                                          United States District Judge