UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SENCO BRANDS, INC.,                        Case No. 1:17-cv-61

    Plaintiff,                                  Judge Timothy S. Black

vs.

HITATCHI KOTI USA, LTD.,

    Defendant.

## ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* (Doc. 12)

Before the Court is the Application for Admission *Pro Hac Vice* from Amol A. Parikh. (Doc. 12).

Mr. Parikh is an attorney in good standing and consents to the jurisdiction and rules of this district governing professional conduct.  Having satisfied the requirements of S.D. Ohio Civ. R. 83.3 for admission, his Application for Admission to represent Hitatch Koti USA, Ltd., in this matter is **GRANTED**, and he is hereby admitted to practice as **co-counsel** on behalf of Defendant Hitatch Koti USA, Ltd.

    **IT IS SO ORDERED.**

DATE: 3/28/17                                           _____*/s/Timothy S. Black*_____
                                                                        Timothy S. Black
                                                                        United States District Judge