IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SENCO BRANDS, INC. | : | CASE NO. 1-17-CV-00061 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | |
| HITACHI KOKI U.S.A., LTD., | : | **STIPULATED EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Defendant. | : | |

Pursuant to S.D. Ohio Civ.R. 6.1(a), IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties that the time within which Defendant Hitachi Koki U.S.A. Ltd. may move, answer, or otherwise respond to the Complaint is hereby extended for twenty-one (21) days, up and to and including April 24, 2016.

No previous extensions have been requested or granted, and this stipulation does not extend the aggregate time for responding to a complaint, amended complaint, counterclaim or comparable pleading more than a total of twenty-one (21) days.

Respectfully submitted,

| | |
|---|---|
| s/ John F. Marsh | s/ James D. Liles |
| | |
| John F. Marsh, Trial Attorney (0065345)<br>Bailey Cavalieri LLC<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215<br>Telephone:  (614) 299-3230<br>Facsimile:  (614) 221-0479<br>Email:  jmarsh@baileycav.com | James D. Liles, Trial Attorney (0005547)<br>Porter Wright Morris & Arthur LLP<br>250 East Fifth Street, Suite 2200<br>Cincinnati, OH 45202<br>Telephone:  (513) 369-4209<br>Facsimile:  (513) 421-0991<br>Email:  jliles@porterwright.com |
| Robert S. Rigg<br>Timothy M. Nitsch<br>Vedder Price P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601<br>Telephone:  (312) 609-7500<br>Facsimile:  (312) 609-5005<br>Email:  rrigg@vedderprice.com<br>           tnitsch@vedderprice.com | Paul Devinsky, Esq.<br>McDermott, Will & Emery<br>500 North Capital Street, NW<br>Washington, DC  20001<br>Telephone:  (202) 756-8369<br>Facsimile:   (202) 756-8087<br>Email:  pdevinsky@mwe.com |
| Attorneys for Plaintiff Senco Brands, Inc. | Joseph H. Paquin, Jr.<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone:  (312) 984-7679<br>Facsimile:   (312) 984-7700<br>Email:  jpaquin@mwe.com |
| | Amol A. Parikh<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone:  (312) 984-6477<br>Facsimile:   (312) 984-7700<br>Email:  amparikh@mwe.com |
| | Attorneys for Hitachi Koki U.S.A., Ltd. |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                                                                                       s/ James D. Liles
                                                                                                                       James D. Liles

CINCINNATI/245621v.1