IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| SENCO BRANDS, INC. | : | CASE NO. 1-17-CV-00061 |
| Plaintiff, | : | (Judge Timothy S. Black) |
| vs. | : | |
| HITACHI KOKI U.S.A., LTD., | : | **REVISED MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| Defendant. | : | |

_____

This is a patent infringement action in which Plaintiff, Senco Brands, Inc. ("Senco") has alleged Hitachi Koki U.S.A., LTD. ("HKU") has infringed certain of Senco's patents. HKU denies the allegations, and the parties are currently exploring possible extra-judicial resolution of the matter. Pursuant to a stipulation filed on March 30, 2017, the time for HKU to move, answer, or otherwise respond to the Complaint was extended for twenty-one (21) days, up to and including April 24, 2017. Under S.D. Ohio Civ. R. 6.1 (a), further extension of that time period requires approval of the Court.

The parties have met to discuss possible resolution of this dispute but additional time is required to consider the issues pertaining to possible extra-judicial resolution of the dispute at this time. It is believed that the interests of justice, including the interests of the parties, and the interests the court in avoiding the expenditure of time and other resources that might prove to be unnecessary, will be advanced by extending the date for HKU to move, answer or otherwise respond to the Complaint for one additional month, up to and including May 24, 2017. The

parties so move. This motion is made without waiver of any party to raise any defense, counterclaim, reply or other assertion in future pleadings.

                                                         Respectfully submitted,

| | |
|---|---|
| s/ John F. Marsh | s/ James D. Liles |
| John F. Marsh, Trial Attorney (0065345)<br>Bailey Cavalieri LLC<br>10 West Broad Street, Suite 2100<br>Columbus, OH 43215<br>Telephone:  (614) 299-3230<br>Facsimile:  (614) 221-0479<br>Email:  jmarsh@baileycav.com | James D. Liles, Trial Attorney (0005547)<br>Porter Wright Morris & Arthur LLP<br>250 East Fifth Street, Suite 2200<br>Cincinnati, OH 45202<br>Telephone:  (513) 369-4209<br>Facsimile:  (513) 421-0991<br>Email:  jliles@porterwright.com |
| Robert S. Rigg<br>Timothy M. Nitsch<br>Vedder Price P.C.<br>222 N. LaSalle Street, Suite 2600<br>Chicago, IL 60601<br>Telephone:  (312) 609-7500<br>Facsimile:  (312) 609-5005<br>Email:  rrigg@vedderprice.com<br>           tnitsch@vedderprice.com | Paul Devinsky, Esq.<br>McDermott, Will & Emery<br>500 North Capital Street, NW<br>Washington, DC  20001<br>Telephone:  (202) 756-8369<br>Facsimile:   (202) 756-8087<br>Email:  pdevinsky@mwe.com |
| **Attorneys for Plaintiff Senco Brands, Inc.** | Joseph H. Paquin, Jr.<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone:  (312) 984-7679<br>Facsimile:   (312) 984-7700<br>Email:  jpaquin@mwe.com |
| | Amol A. Parikh<br>McDermott, Will & Emery<br>227 West Monroe Street<br>Chicago, IL 60606-5096<br>Telephone:  (312) 984-6477<br>Facsimile:   (312) 984-7700<br>Email:  amparikh@mwe.com |
| | **Attorneys for Hitachi Koki U.S.A., Ltd.** |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 20, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                 s/ James D. Liles
                                                 James D. Liles