## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| Senco Brands, Inc., an Ohio Corporation<br><br>Plaintiff,<br><br>v.<br><br>Hitachi Koki U.S.A., Ltd., a Delaware Corporation,<br><br>Defendant. | Case No. 1:17-cv-00061 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff Senco Brands, Inc., a Ohio Corporation, by and through its attorneys, hereby files this Notice of Voluntarily Dismissal without Prejudice of its Complaint against Defendant Hitachi Koki U.S.A., Ltd., a Delaware Corporation.

As and for its notice, Plaintiff states as follows:

1. Plaintiff filed its complaint on January 25, 2017.

2. Defendant has not yet filed any responsive papers.

WHEREFORE, Plaintiff Senco Brands, Inc., dismisses without Prejudice its Complaint against Defendant Hitachi Koki U.S.A., Ltd.

-2-

        Respectfully submitted,

        Senco Brands, Inc..


        By: /Robert S. Rigg/
          One of Its Attorneys

Robert S. Rigg
VEDDER PRICE P.C.
222 N. LaSalle St., Suite 2600
Chicago, Illinois  60601
Telephone:  (312) 609-7500
Fax:  (312) 609-5005
rrigg@vedderprice.com


Attorneys for Plaintiffs
Senco Brands, Inc..

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 23, 2017, I electronically filed the foregoing SENCO BRAND INC.'S NOTICE FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1) with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                      /s/Robert S. Rigg